UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRY LEWIS and DAVID V. LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 1:18−CV−05111−RBK−KMW<br><br>**STIPULATION AND ORDER TO EXTEND CASE SCHEDULE** |

Plaintiffs David Lewis and Sherry Lewis in the above captioned action and Defendant Government Employees Insurance Company, collectively the "Parties" hereby submit the following proposed case schedule. The Parties are proceeding with diligence but are experiencing an enormous, unexpected strain on their resources as a result of the COVID-19 pandemic. Additional time is needed for the Parties to navigate these complications and complete discovery. Accordingly, the Parties stipulate and agree that the schedule be extended by six months as follows:

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

692951v1

- 1 -

| **Expert Discovery Related to Class Certification.** | **CURRENT DEADLINE** | **DEADLINE** |
|---|---|---|
| Telephonic Status Conference | April 17, 2020 at 10:00 a.m. | October 16, 2020 at 10:00 a.m. |
| All expert reports and expert disclosures relating to class certification due | June 12, 2020 | Dec. 11, 2020 |
| Depositions of plaintiffs' proposed experts for class certification competed by | July 24, 2020 | Jan. 26, 2021 |
| Expert reports and expert disclosures relating to class certification on behalf of defendant completed by | August 14, 2020 | Feb. 16, 2021 |
| Depositions of defendant's proposed experts for class certification completed by | September 18, 2020 | March 16, 2021 |
| Pretrial factual discovery closes on | November 25, 2020 | May 28, 2021 |
| **Class Certification Motions.** | | |
| Plaintiffs shall file their motion for class certification no later than | June 12, 2020 | Dec. 11, 2020 |
| Any response to the motion shall be filed no later than | August 14, 2020 | Feb 16, 2021 |
| Any reply shall be filed on or before | October 16, 2020 | April 16, 2021 |
| The Court will conduct a telephone status conference on | October 26, 2020 at 10:00 a.m. | April 26, 2021 at 10:00 a.m. |

Respectfully submitted this April 13, 2020.

| | |
|---|---|
| Respectfully submitted,<br><br>By /s/ *James E. Cecchi*<br>James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Rd.<br>Roseland, NJ 07068-1739<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>cbartlett@carellabyrne.com<br><br>Steve W. Berman (WSBA #12536)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br><br>Robert B. Carey (*pro hac vice*)<br>John M. DeStefano (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ  85003 | By: /s/ *Francis X. Nolan*<br>Francis X. Nolan<br>Kymberly Kochis (*pro hac vice*)<br>Alexander Fuchs (*pro hac vice*)<br>EVERSHEDS SUTHERLAND LLP<br>1114 Avenue of the Americas<br>The Grace Building, 40th Floor<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br><br>*Attorneys for Defendant* |

- 1 -

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

692951v1

- 2 -

| | |
|---|---|
| Telephone: (602) 224-2628<br>rob@hbsslaw.com<br>johnd@hbsslaw.com<br><br>Marc A. Goldich (*pro hac vice*)<br>AXLER GOLDICH LLC<br>1520 Locust Street, Suite 301Philadelphia, Pennsylvania 19102<br>Telephone: (267) 534-7400<br>mgoldich@axgolaw.com<br><br>David Woloshin (*pro hac vice*)<br>Dina S. Ronsayro (*pro hac vice*)<br>ASTOR WEISS KAPLAN & MANDEL LLP<br>200 South Broad Street, Suite 600<br>Philadelphia, PA 19102<br>Telephone: (215) 790-0100<br>dwoloshin@astorweiss.com<br>dronsayro@astorweiss.com<br><br>*Attorneys for Plaintiffs* | |

So Ordered this 14th day of April, 2020.

_____
KAREN M. WILLIAMS
United States Magistrate Judge